HENRY JULIAN (REBECCA JULIAN, as Administratrix, Appellant), *v.* MARY A. WOOLSEY (SARAH J. WOOD, as Ancillary Executrix, Respondent).

Reported below, 87 Hun, 326.
(Argued November 25, 1895; decided December 10, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 15, 1895, which affirmed an order of the Special Term vacating a judgment entered by default against the defendant.

*George C. Genet* for appellant.

*George J. Greenfield* for respondent.

Order affirmed, with costs; no opinion. All concur.